FILED

13 OCT -1 AM 11:18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: kcm   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL DANIEL RUESGA (1),<br><br>　　　　　Defendant. | CASE NO. 13CR3048-H<br><br>REGISTRATION NO. 39624-298<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice

__X__ of the offenses as charged in the Information:

21 U.S.C. 952 and 960 - Importation of Heroin;

21 U.S.C. 952 and 960 - Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10-1-13

_____
HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE